**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**VIVEK SHAH** **PLAINTIFF**
Reg. #43205-424

v.   CASE NO. 2:15CV00078 BSM

**B. WOOTEN and
the UNITED STATES OF AMERICA** **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

Defendants' motion for summary judgment [Doc. No. 27] is granted, and Shah's claims are dismissed with prejudice.

IT IS SO ORDERED this 14th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE